UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Ouahman

       v.                              Case No. 11-cv-75-SM

Hillsborough County Department
of Corrections, Superintendent, et al.

O R D E R

I herewith approve the Reports and Recommendations of Magistrate Judge Landya B. McCafferty dated August 29, 2011, and October 25, 2011, for the reasons set forth therein. No objections have been filed.

Plaintiff's claims alleging: (1) violations of his equal protection rights in the setting of his bail, (2) discrimination at the Hillsborough County House of Correction, (3) retaliation, (4) inadequate medical care, (5) verbal harassment, (6) excessive force, (7) spitting in his food, (8) denial of hygienic food, (9) denial of hygiene items on one occasion by Officer Beaudoin, (10) denial of toothbrush and soap access for thirty-six hours in maximum security, (11) denial of nutritious food, and (12) being provided with pork meals for a week and retaliation are hereby dismissed. Defendants Meurin, Fitzpatrick, Beaudoin, Cussan and

Superintendent James O'Mara , as well as plaintiff's supervisory liability claims, are also dismissed from this action.

The case will proceed on plaintiff's RLUIPA and First Amendment claims, against Lt. Scurry (denial of a prayer rug, a Qur'an, and accommodations for the observance of Ramadan) and Sgt. Barnes (denial of Qur'an and Fourteenth Amendment due process rights by subjecting him to unnecessarily restrictive housing conditions.).

SO ORDERED.

November 16 , 2011

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge


cc: Mohamed Ouahman, pro se
John A. Curran, Esq.