```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Mohamed Ouahman

   v.                                              Civil No. 11-cv-75-SM

Hillsborough County
Department of Corrections, et al.


**NOTICE OF RULING**

    Re:  Document No. 21

    Ruling: A hearing was held on today's date. Attorney Curran appeared for defendants; Mr. Ouahman appeared on his own behalf via video. Mr. Ouahman agrees with all dates in the defendants' proposed plan, and interposed no other objections. Document number 21 is approved and adopted as a pretrial scheduling order. Mr. Ouahman requested copies of his letters on file with the court. The clerk's office is directed to make copies of Mr. Ouahman's correspondence with the court and mail the copies to him. Trial: Two-week trial period beginning January 23, 2013.


                                                        /s/ Landya McCafferty
                                                  Landya McCafferty
                                                  United States Magistrate Judge

Date: November 30, 2011

cc:  Mohamed Ouahman
     John A. Curran, Esq.