UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Mohamed Ouahman

        v.                                  Case No. 11-cv-75-SM

Sydney Barnes and Willie Scurry


O R D E R

The plaintiff's "Objection to Order of April 10, 2012" (document no. 31) is treated as an appeal from the Magistrate Judge's order. Plaintiff has not shown that the order appealed from is either clearly erroneous or contrary to law. 28 U.S.C. §§ 636(b)(1)(A). Accordingly, the appeal is denied.

SO ORDERED.

                                                            /s/ Steven J. McAuliffe

May 9, 2012                                    _____
                                                      Steven J. McAuliffe
                                                     United States District Judge


cc:     Mohamed Ouahman, pro se
        John A. Curran, Esq.