UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Ouahman

        v.                  Case No. 11-cv-75-SM

Sergeant Sydney Barnes, III,
and Lieutenant Willie Scurry

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 14, 2012, for the reasons set forth therein.   The motion for summary judgment is denied without prejudice to resubmitting a similar motion in compliance with this court's local rules.

    SO ORDERED.

July 30, 2012

                                    /s/ Steven J. McAuliffe
                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

cc:    John A. Curran, Esq.
       Mohamed Ouahman, pro se