UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Ouahman

v.                                                                          Case No. 11-cv-75-SM

Sergeant Sydney Barnes, III
and Lieutenant Willie Scurry


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 1, 2012, no substantive objection having been filed, for the reasons set forth therein.   Plaintiff has noted his desire to "appeal" the Magistrate Judge's report and recommendation, but offers no grounds or specific objections to the report.   " '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Defendants' Motion for Summary Judgment (document no. 36) is hereby granted, and the Clerk of Court shall enter judgment and close the case.

SO ORDERED.

October 25, 2012

Steven J. McAuliffe
United States District Judge

cc: Mohamed Ouahman, pro se
    John Curran, Esq.